

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00373-CR

Ieshia **SCOTT**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR1637W
Honorable Mary D. Roman, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED July 16, 2014.

_____
Rebeca C. Martinez, Justice